```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA


Robert Raymond,                    )     2:12-cv-02215-GEB-EFB
                                   )
          Plaintiff,               )
                                   )     RELATED CASE ORDER
     v.                            )
                                   )
Barbara Howard,                    )
                                   )
          Defendant.               )
_____)
                                   )
Robert Raymond,                    )     2:12-cv-02217-GEB-KJN
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )
Sheldon D. Johnson,                )
                                   )
          Defendant.               )
_____)
                                   )
Robert Raymond,                    )     2:12-cv-02219-KJM-CKD
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )
Jim McCauley,                      )
                                   )
          Defendant.               )
_____)
                                   )
Robert Raymond,                    )     1:12-cv-01407-AWI-JLT
                                   )
          Plaintiff,               )
                                   )
     v.                            )
                                   )
Kammi Foote,                       )
                                   )
          Defendant.               )
_____)
```

```
Robert Raymond,                )
                               )   1:12-cv-01408-LJO-BAM
          Plaintiff,           )
                               )
     v.                        )
                               )
Lee Lundrigan,                 )
                               )
          Defendant.           )
_____)
Robert Raymond,                )   1:12-cv-01412-LJO-MJS
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )
Ken Baird,                     )
                               )
          Defendant.           )
_____)
Robert Raymond,                )
                               )   2:12-cv-02220-KJM-EFB
          Plaintiff,           )
                               )
     v.                        )
                               )
Sheryl Thur,                   )
                               )
          Defendant.           )
_____)
Robert Raymond,                )   2:12-cv-02221-GEB-GGH
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )
Austin Erdman,                 )
                               )
          Defendant.           )
_____)
Robert Raymond,                )   2:12-cv-02222-LKK-GGH
                               )
          Plaintiff,           )
                               )
     v.                        )
                               )
Cathy Darling Allen,           )
                               )
          Defendant.           )
_____)
```

```
Robert Raymond,                    )
                                   )    2:12-cv-02223-GEB-DAD
           Plaintiff,              )
                                   )
     v.                            )
                                   )
Beverly Ross,                      )
                                   )
           Defendant.              )
_____)
                                   )
Robert Raymond,                    )    2:12-cv-02225-LKK-CKD
                                   )
           Plaintiff,              )
                                   )
     v.                            )
                                   )
Freddie Oakley,                    )
                                   )
           Defendant.              )
_____)
                                   )
Robert Raymond,                    )    2:12-cv-02259-MCE-EFB
                                   )
           Plaintiff,              )
                                   )
     v.                            )
                                   )
Kathleen Williams,                 )
                                   )
           Defendant.              )
_____)
```

Defendant Barbara Howard filed a "Notice of Related Cases" in action 2:12-cv-02215-GEB-EFB, <u>Raymond v. Howard</u>, in which she states the above referenced cases are related under Local Rule 123(a), "in that they involve the same plaintiff and are based on the same operative complaint seeking declaratory and injunctive relief on plaintiff's claims that the California Elections Code sections 102, 104, and 9022 violate the First and Fourteenth Amendments of the United States Constitution . . . ." (ECF No. 8, 2:12-17.)

Examination of these actions reveals they are related within the meaning of Local Rule 123. Under the regular practice of this Court, related cases are generally reassigned to the judge and magistrate judge

to whom the first filed action was assigned. Therefore, actions 2:12-cv-02217-GEB-KJN; 2:12-cv-02219-KJM-CKD; 1:12-cv-01407-AWI-JLT; 1:12-cv-01408-LJO-BAM; 1:12-cv-0412-LJO-MJS; 2:12-cv-02220-KJM-EFB; 2:12-cv-02221-GEB-GGH; 2:12-cv-02222-LKK-GGH; 2:12-cv-02223-GEB-DAD; 2:12-cv-02225-LKK-CKD; and 2:12-cv-02259-MCE-EFB are reassigned to Judge Garland E. Burrell, Jr., and Magistrate Judge Edmund F. Brennan for all further proceedings, and any date currently set in the reassigned cases is VACATED. Henceforth the caption on documents filed in the reassigned cases shall show the initials "GEB-EFB."

Further, a Status Conference is scheduled in each of the reassigned cases before the undersigned judge on December 10, 2012, at 9:00 a.m. A joint status report shall be filed in each action no later than fourteen (14) days prior.

The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for the reassignments.

Dated: September 17, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge