IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Raymond,<br><br>    Plaintiff,<br><br>    v.<br><br>Barbara Howard, Sheldon D. Johnson, Jim McCauley, Kammi Foote, Lee Lundigran, Ken Baird, Sheryl Thur, Austin Erdman, Kathy Darling Allen, Beverly Ross, Freddie Oakley, and Kathleen Williams,<br><br>    Defendants. | 2:12-cv-02215-GEB-EFB, and related cases:<br>2:12-cv-02217-GEB-EFB<br>2:12-cv-02219-GEB-EFB<br>1:12-cv-01407-GEB-EFB<br>1:12-cv-01408-GEB-EFB<br>1:12-cv-01412-GEB-EFB<br>2:12-cv-02220-GEB-EFB<br>2:12-cv-02221-GEB-EFB<br>2:12-cv-02222-GEB-EFB<br>2:12-cv-02223-GEB-EFB<br>2:12-cv-02225-GEB-EFB<br>2:12-cv-02259-GEB-EFB<br><br>ORDER CONTINUING HEARING ON PLAINTIFF'S MOTIONS FOR JUDGMENT ON THE PLEADINGS |

The hearing on Plaintiff's Motions for Judgments on the Pleadings, filed in each of the above-referenced cases, currently scheduled to commence at 9:00 a.m. on June 3, 2013, is continued to commence at 9:00 a.m. on June 17, 2013.

Dated:  May 10, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1